**EXHIBIT 1**

**Employer's Accident Report**
(formerly: Employer's First Report of Accident)
Virginia Worker's Compensation Commission
1000 DMV Drive Richmond VA 23220

*See instructions on the reverse of this form*

The boxes To the right Are for the use of the insurer

| Reason for filing | VWC file number |
|---|---|
| Insurer code or PEO Ref. No. | Insurer location: Norfolk, VA |
| Insurer claim number: 1199-WC-20-0000219 | |

### Employer

1. Name of employer (trading as or doing business as, if applicable): **Sherwd Forest ES Operations (NPS-166)**
2. Federal Tax Identification No.: **54-6001460**
3. Employer's Case No. (if applicable):
4. Mailing address: **3035 Sherwood Forest Lane, Norfolk VA 23513**
5. Location (if different from mailing address): **3035 Sherwood Forest Lane, Norfolk VA 23513**
6. Parent corporation / Policy Named Insured (if applicable) or PEO name:
7. Nature of business:
8. Name and Address of Insurer or self-insurer for this claim: **Norfolk Public Schools, 800 East City Hall Ave, Suite 909**
9. Policy Number: **548001460**
10. Effective date: **07/01/2019**

### Time and Place of Accident

11. City or county where accident occurred:
12. Date of injury: **09/23/2019**
13. Hour of injury: **12:00 AM**
13a. Time began work:
14. Date of incapacity:
15. Hour of incapacity:
16. Was employee paid in full for day of injury?
17. Was employee paid in full for day incapacity began?
18. Date injury or illness reported: **09/17/2021**
19. Person to whom reported:
20. Name of other witness:
21. If fatal, give date of death:

### Employee

22. Name of employee (Last, First, Middle): **Cheryl Jordan**
23. Phone number: **(000)000-0000**
24. Sex: ___ Male  **X** Female
25. Address: **5640 Infinity Ln Unit 306, Virginia Beach, VA 23464**
26. Date of birth: **09/01/1969**
27. Marital status: ___ Single ___ Divorced ___ Married ___ Widowed
28. Social security number: **242253805**
29. Occupation at time of injury or illness: **Principal, Elementary School**
30. Is worker covered by PEO:
31. Number of dependent children: **0**
32. How long in current job?: **0.00 Years**
33. Date of Hire: **08/01/1996**
34. Was employee paid on a piece work or hourly basis? ___ Piece work ___ Hourly
35. Hours worked per day: **0.00**
36. Days worked per week: **0**
37. Value of perquisites per week: Food/meals **$0.00** Lodging **$0.00** Tips **$0.00** Other **$0.00**
38. Wages per hour: **$0.00**
39. Earnings per week (inc. overtime): **$0.00**

### Nature and Cause of Accident

40. Machine, tool, or object causing injury or illness:
41. Specify part of machine, etc.:
42. Describe fully how injury or illness occurred: **Allergic reaction to rodent infestation**
43. Describe nature of injury or illness, including parts of body affected: **All Other Occupational Disease Injury, NOC Multiple Body Parts (Including**
43a. Overnight inpatient hospitalization?
43b. Treated in Emergency Room?
44. Physician (name and address):
45. Hospital or Clinic (name and address):
46. Probable length of disability Day(s):
47. Has employee returned to work?
If yes:
48. At what wage? **0.00**
49. On what date?
50. EMPLOYER: prepared by (name, signature, title): **Charles Wooding**
51. Date: **09/28/2021**
52. Phone number: **(757)628-3856**
53. INSURER: (name of processor):
54. Date:
55. Phone number:
56. THIRD PARTY ADMINISTRATOR (if applicable): **CorVel Corporation**
57. Address:
58. Phone number:

This report is required by the Virginia Workers' Compensation Act

Employer's Accident Report
VWC Form No. 3 (rev. 03/22/02)