8/18/23, 9:57 AM                                        Mail - Cheryl R. Jordan - Outlook



## VRS-6D, Report of Injury Form, Elementary Principal job description

**Dandridge Billups** <dbillups@nps.k12.va.us>
Wed 4/13/2022 9:38 AM
To: Cheryl R. Jordan <cjordan@nps.k12.va.us>

📎 3 attachments (129 KB)
04082022184051.pdf; 04082022184015.pdf; 04082022184108.pdf;

Ms. Jordan, good morning,

Attached are copies of the completed VRS-6D form, the first report of injury form, and a copy of the elementary principal job description that were mailed to the VRS.

Dandridge Timothy Billups
Chief Human Resources Officer
Department of Human Resources
Norfolk Public Schools
800 E. City Hall Avenue-9th floor
Norfolk, VA 23510
757-628-3910 ext. 21070

> On Apr 8, 2022, at 3:12 PM, Dandridge Billups <dbillups@nps.k12.va.us> wrote:
>
> Ms. Jordan, good afternoon,
>
> Please be informed that the completed VRS-6D form, the first report of injury form, and a copy of your job description have been mailed to the VRS.
>
> Dandridge Timothy Billups
> Chief Human Resources Officer
> Department of Human Resources
> Norfolk Public Schools
> 800 E. City Hall Avenue-9th floor
> Norfolk, VA 23510
> 757-628-3910 ext. 21070
>
> **From:** Cheryl R. Jordan <cjordan@nps.k12.va.us>
> **Sent:** Thursday, March 24, 2022 9:00 AM
> **To:** Dandridge Billups <dbillups@nps.k12.va.us>
> **Cc:** Erika S. Ricks <ericks@nps.k12.va.us>
> **Subject:** VRS-6D
>
> Thank you for the FMLA forms Mr. Billups. I have attached the VRS-6D form that you are asked to complete. It was mailed to me for your completion. Along with this form, they are requesting the first report of injury and a copy of my job description.
>
> Thank you.  Have a great day!

*Mrs. Cheryl Jordan, Principal*

*Lindenwood Elementary*

*(757) 628-2577*

"*The undisciplined pursuit of more is how the mighty fall.*"
~*Jim Collins*