# Civil Minutes

Time Set:        10:00 a.m.
Start Time:      10:00 a.m.
End Time:        11:36 a.m.

| | | |
|---|---|---|
| Cheryl R. Jordan | Civil Case Number: | 2:22cv167 |
| ( x ) Plaintiff  (   ) Government | Date: | 08/25/2023 |
| vs. | Presiding Judge: | Douglas E. Miller |
| | Court Reporter | Jody Stewart, OCR |
| School Board of the City of Norfolk | Courtroom Deputy: | C. Dodge |
| Defendant(s) | | |

Proceedings:   Matter came on for hearing on pending Motions in Limine (#26, 28), Motion for Summary Judgment (#21) and Motion for Partial Summary Judgment (#23).
Present were Kevin Martingayle on behalf of the plaintiff, along with plaintiff, Cheryl Jordan. Bonnie Lane and Kristopher McClellan present on behalf of the defendant.
Counsel argued the motions.
The Court made rulings on the record with regard to the motions in limine.
For the reasons stated on the record, the Court DENIED (#26) and GRANTED IN PART AND DENIED IN PART (#28).
The Court will issue an opinion on the motions for summary judgment (#21)(#23).
Parties recessed to attend the final pretrial conference.
Court adjourned.