IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CHERYL R. JORDAN,

    Plaintiff,

v.                                                                   Case No.:  2:22-cv-167

SCHOOL BOARD OF THE CITY OF NORFOLK,

    Defendant.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached a settlement concerning the above-referenced matter.  Once a formal settlement document is executed, the parties will submit a motion to dismiss the litigation, along with a proposed dismissal order for consideration by the Court.  This notice has been approved by counsel for defendant.

                                                CHERYL R. JORDAN

                                                */s/ Kevin E. Martingayle*
                                                Kevin E. Martingayle, Esq. (VSB #33865)
                                                Bischoff Martingayle, P.C.
                                                2101 Parks Avenue, Suite 500
                                                Virginia Beach, VA 23451
                                                (757) 416-6009
                                                (757) 428-6982 (facsimile)
                                                martingayle@bischoffmartingayle.com

**CERTIFICATE**

    I hereby certify that on this 7th day of September, 2023, the foregoing was filed with the Clerk of Court using the CM/ECG system, which will send notification of such filing (NEF) to:

Kristopher R. McClellan, Esquire (VSB #86424)
Assistant City Attorney
Bonnie P. Lane, Esquire (VSB #75608)
Assistant City Attorney
City Attorney's Office
810 Union Street
Norfolk, VA  23510
(757) 664-4529
(757) 664-4201 (facsimile)
Email: Kristopher.mcclellan@norfolk.gov
   Bonnie.lane@norfolk.gov
*Counsel for Defendant*

                 */s/ Kevin E. Martingayle*
                 Kevin E. Martingayle, Esq. (VSB #33865)
                 Bischoff Martingayle, P.C.
                 2101 Parks Avenue, Suite 500
                 Virginia Beach, VA 23451
                 (757) 416-6009
                 (757) 428-6982 (facsimile)
                 martingayle@bischoffmartingayle.com
                 *Counsel for Plaintiff*