IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CHERYL R. JORDAN,

       Plaintiff,

v.                                                   Case No.:  2:22-cv-167

SCHOOL BOARD OF THE CITY OF NORFOLK,

       Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through their respective counsel and pursuant to Federal Civil Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice, as the Parties have reached a settlement agreement. The lawsuit should be dismissed with no further costs or charges to be incurred by the Parties.  However, dismissal of this action shall not terminate or impair Cheryl R. Jordan's right to continue pursuing her pending claims before the Virginia Workers' Compensation Commission.

Dated: September 18, 2023

                                                                      Respectfully submitted,

*/s/ Bonnie P. Lane*                                         */s/ Kevin E. Martingayle*
Kristopher R. McClellan, Esquire (VSB #86424)     Kevin E. Martingayle, Esq. (VSB #33865)
Assistant City Attorney                                       Bischoff Martingayle, P.C.
Bonnie P. Lane, Esquire (VCB #75608)                2101 Parks Avenue, Suite 500
Assistant City Attorney                                         Virginia Beach, VA 23451
City Attorney's Office                                           (757) 416-6009
810 Union Street                                                (757) 428-6982 (facsimile)
Norfolk, VA  23510                                       martingayle@bischoffmartingayle.com
 (757) 664-4529                                             *Counsel for Plaintiff*
(757) 664-4201 (facsimile)
Email: Kristopher.mcclellan@norfolk.gov
           Bonnie.lane@norfolk.gov
*Counsel for Defendant*

1